LIRETTE, JAMES JOSEPH                                                10-13868

(985) 446-1284

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

110
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

**VOID AFTER 90 DAYS**

Regarding
LIRETTE, JAMES JOSEPH, LIRETTE, JUDY ANN (10-13868 A)
9200304096 7566
COMBINED SMALL CHECK

TID # 380220

Date  10/18/2011

$ ***********3.58

~~~Three Dollars and 58/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑃024931: 9200304096 7566⑃

---

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229234    — JN

October 20, 2011
16:07:04

UNC.UNDER$25
10-13868

Debtor.: JAMES JOSEPH LIRETTE
Trustee: Aaron Caillouet
Amount.:              $3.58 CH
Check#.: 110

Total—>   $3.58

FROM: CAILLOUET

DEPOSIT TO 106000
DUE GE MONEY BANK       $1.45
AMERICAN EXPRESS        $2.13
CENTURION BANK          _____
                        $3.58

Printed: 10/18/11 10:50 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

**Case: 10-13868 - LIRETTE, JAMES JOSEPH**

| Account No. | Check No. | Issued | Claim No. | Filed | Payee | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92003040967566 | 110 | 10/18/11 | | | | | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $3.58 |
| | | | 4 | 04/08/11 | | 610 | American Express Centurion Bank | 89.46 | 89.46 | 2.13 | 2.13 |
| | | | 10 | 06/19/11 | | 610 | GE Money Bank | 60.87 | 60.87 | 1.45 | 1.45 |

(*) Denotes objection to Amount Filed